Case 1:13-cv-00228-ESC   ECF No. 11 filed 09/23/13   PageID.49   Page 1 of 1

FILED - LN
September 23, 2013 12:28 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY dfw /      SCANNED BY __ /__ /13

Tracey Cordes, Clerk
U.S. District Court
Western District of Michigan
113 Fed. Bldg.
315 W. Allegan St.
Lansing, Mi. 48933

Kevin D. Briggs Sr.
#447282
Marquette Branch Prison (MBP)
1960 U.S. Hwy 41 South
Marquette, Mi. 49855
Dated: September 18, 2013

RE: Kevin D. Briggs Sr. v. Trey Miles, et al. Case No. 1:13-cv-228
Honorable: Janet T. Neff
Magistrate Judge: Ellen S. Carmody

Dear Ms. Cordes:

Enclosed for filing in the above captioned case please find 9 complete copies 10 pages each of complaint (docket #1) for service upon Defendants. Also find court order regarding copies (docket #10).

Respectfully Submitted,

Kevin D. Briggs Sr.
#447282

PROOF OF SERVICE

I, Kevin D. Briggs placed complete copy of (docket #1) in the U.S. mail on September 19, 2013 And (docket #10), sent to:

U.S. Dist. Court (Clerk)
315 W. Allegan St.
Lansing, Mi. 48933