FILED - LN
September 29, 2014 11:30 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY dfw / ____   SCANNED BY ___ / ___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN D. BRIGGS SR.,
   Plaintiff,

v.

TROY MILES, et al.,
   ~~Defendants~~

CASE NO. 1:13-cv-228

HON. JANET T. NEFF

**PLAINTIFF'S MOTION FOR RECONSIDERATION AND OBJECTION TO [Doc#79], PLAINTIFF'S MOTION TO DENY DEFENDANTS' RESPONSE [Doc#64]**

Pursuant to Fed. R. Civ. P. 46, 10(c), 52, 59(e), 60(b)

I. Now comes Plaintiff and moves this court without any undue delays to Reconsider and over Rule [Doc#79] and states as follows:

1. Plaintiff Briggs objects to page 1 of 1, [Doc#79], OBJECTION: As Plaintiff's Motion for Additional Discovery [Doc#50] was properly addressed by this Court on July 24, 2014 [Doc#68], wherefore [Doc#79] should be deemed moot and stricken. "The objections must be clear enough to enable the district court to discern those issues that are dispositive and contentious." Miller v. Currie, 50 F.3d 373, 380 (6th Cir. 1995); Carter v. Dolce, 647 F.Supp.2d 826 (E.D. Mich. 2009); Spencer v. Bouchard, 449 F.3d 721, 725 (6th Cir. 2006).

For the reasons stated above, this motion and objection is due to be Granted.

1

Respectfully Submitted,

*Kevin D. Briggs Sr.*

Kevin D. Briggs Sr.
#447282
1960 U.S. Hwy. 41 So.
Marquette, MI 49855

September 25, 2014
Pursuant to 28 U.S.C. §1746