UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN DEVON BRIGGS #447282,

    Plaintiff,

v.

TROY MILES, et al.,

    Defendants.

_____/

Case No. 1:13-cv-00228

Magistrate Judge Ellen S. Carmody

**STIPULATION AND [PROPOSED] ORDER
FOR SUBSTITUTION OF PRO BONO COUNSEL**

Kevin Devon Briggs being in need of counsel to assist in this matter, and the Court having determined that appointment of counsel would be in the interest of justice under the Court's *Pro Bono* Appointment Plan:

This matter having come before the Court on the Stipulation of the undersigned counsel, IT IS HEREBY ORDERED that attorney Timothy D. VandenBerg, 250 Monroe Avenue, NW, Suite 400, Grand Rapids, Michigan 49503-2293, shall be substituted into this action as counsel for Plaintiff Kevin Devon Briggs, and the appearance of attorney Jeffrey A. Crapko of the firm Miller, Canfield, Paddock and Stone, P.L.C., as counsel for Kevin Devon Briggs shall be, and is, terminated.

IT IS FURTHER ORDERED that Kevin Devon Briggs may seek reimbursement from the cost reimbursement fund for costs and expenses pursuant to the *Pro Bono* Plan guidelines.  If Kevin Devon Briggs prevails in this matter and receives an award of costs or attorney's fees, first priority shall be given to reimbursing funds received from the cost reimbursement fund.

Dated: May 9, 2017

                                                 /s/ Ellen S. Carmody
                                               ELLEN S. CARMODY
                                               United States Magistrate Judge

The undersigned stipulate to the entry of this order

  s/ Jeffrey A. Crapko
Jeffrey A. Crapko (P78487)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 150
Troy, MI  48098
(248) 267-3237
crapko@millercanfield.com
*Exiting Counsel for Plaintiff*


  s/ Timothy D. VandenBerg w/ permission
Timothy D. VandenBerg (P55960)
250 Monroe Ave., NW, Ste. 400
Grand Rapids, MI 49503-2293
(616) 581-2382
tdvandenberg@gmail.com
*Counsel for Plaintiff*