REPORT FOLLOWING
VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:13-cv-00228-ESC | Kevin Devon Briggs v Troy Miles, et al. | 08/28/2017 |

**PARTIES**  Attendees

| Name | On Behalf Of |
|---|---|
| Kevin Devon Briggs (by phone) | Plaintiff |
|  |  |
| Tim Belanger | Defendants |
| Thom Canny (by phone) | Defendants |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Timothy D. VandenBerg | Plaintiff |
|  |  |
| Curt Benson | Defendants |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:  ☑ Case settled in full - Final paperwork will be filed by:
☐ Mediation continuing - Date of Next Session
☐ Not settled - Mediation Completed

Dated: September 25, 2017       /s/ Mark R. Smith
                                Mark R. Smith
                                Mediator

Rev'd 8/2005